\*\*Original filed 5/12/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD, a.k.a. MORRIS DAY,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>EVANS, Warden,  )<br>)<br>Respondent.  )<br>_____ ) | No. C 05-3423 JF (PR)<br><br>ORDER OF DISMISSAL |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2006, the Court dismissed the instant petition with leave to amend because the instant petition does not contain sufficient information for review pursuant to § 2254. The Court enclosed a copy of the Court's habeas form and directed Petitioner to file an amended petition within thirty days. A copy of this order was returned by mail as "undeliverable" on March 29, 2006. Accordingly, the petition is dismissed without prejudice for failure to set forth a cognizable claim under § 2254 and failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: __5/12/06_____

_____
JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.05\Alford423dis

1

1  This is to certify that a copy of this ruling was mailed to the following:

2

3  Rickey Louis Alford
   J-39242
   CSP - Salinas Valley IV
4  P.O. Box 1060
   Soledad, CA  93960

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.05\Alford423dis                2